JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CRUZ, | Case No. CV 14-05113-R (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JACK FOX, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: February 24, 2015

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE